# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00611-CV

**In re Mary Louise Serafine**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for a writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Relator's Motion for Emergency Stay is denied as moot.

Chari L. Kelly, Justice

Before Justices Baker, Kelly, and Smith

Filed: December 29, 2020